UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
ROBERT I. TOUSSIE,

                                Plaintiff,              NOTICE OF
                                                        APPEARANCE
    - against –                                CV-07-4196 (JS)(ARL)

THE COUNTY OF SUFFOLK,
                                Defendant.
------------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that Chris P. Termini, Esq. of the Suffolk County Attorney's Office, does hereby enter his appearance on behalf of the County of Suffolk. Any and all correspondence, documents, notices and filings should be forwarded to Chris P. Termini, Assistant County Attorney, P.O. Box 6100, 100 Veterans Memorial Hwy., Hauppauge, New York 11788-0099.

Dated: Hauppauge, New York
         October 28, 2011

                                            Respectfully submitted,

                                            CHRISTINE MALAFI
                                            SUFFOLK COUNTY ATTORNEY
                                            P.O. Box 6100
                                            100 Veterans Memorial Hwy.
                                            Hauppauge, New York 11788-0099
                                            631-853-4049 Phone
                                            631-853-5833 Fax

                                            *Chris P. Termini*
                                            Chris P. Termini
                                            Assistant County Attorney