UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT I. TOUSSIE,<br>         Plaintiff,<br>  -against-<br>COUNTY OF SUFFOLK,<br>         Defendant. | 07 Civ. 4196 (JS) (ARL)<br><br>**STATUS REPORT** |

  Pursuant to the Court's Order dated October 14, 2011, Plaintiff Robert I. Toussie, by and through counsel, hereby submits the following status report.

  Plaintiff filed the Complaint in the above-referenced action on October 9, 2007. Defendant County of Suffolk has yet to answer or otherwise respond to the Complaint. Plaintiff intends to pursue the claims as asserted in the Complaint.

Dated: October 28, 2011

                CHADBOURNE & PARKE LLP

            By: *s/ Scott S. Balber*
               Scott S. Balber
               A Member of the Firm
               Attorneys for Plaintiff Robert I. Toussie
               30 Rockefeller Plaza
               New York, NY 10112
               (212) 408-5100