UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
===========================================x

ROBERT I. TOUSSIE,                                    07-cv-4196
                                                      (JS)(ARL)
                            Plaintiff,

                                                      **NOTICE OF**
             -against-                                **APPEARANCE**

COUNTY OF SUFFOLK,

                            Defendant.
===========================================x

     ***PLEASE TAKE NOTICE***, that the Defendant hereby appears in the above-captioned matter by and through the undersigned attorney.


Dated: Hauppauge, New York
      November 3, 2011                  Yours, etc.

                                         CHRISTINE MALAFI
                                         Suffolk County Attorney

                                         *s/ John R. Petrowski*

                              By:        _____
                                         JOHN R. PETROWSKI (JRP 4121)
                                         Assistant County Attorney
                                         H. Lee Dennison Building
                                         100 Veterans Memorial Highway
                                         Hauppauge, New York 11722
                                         (631) 853-4049


cc:   Abbe David Lowell, Esq., via ECF
      Scott S. Balber, Esq., via ECF