<u>CIVIL CAUSE FOR STATUS CONFERENCE</u>

DATE: <u>11/22/2011</u>   AT: <u>10:30</u>

BEFORE JUDGE JOANNA SEYBERT:

DOCKET NUMBER: <u>CV 07-4196</u>

TITLE: <u>TOUSSIE -V-SUFFOLK CO.</u>

APPEARANCES:

FOR PLAINTIFFS: <u>SCOTT BALBER</u>

FOR DEFENDANTS: <u>CHRIS TERMINI; JOHN PETROWSKI</u>

REPORTER: D. TURSI

<u>  X  </u>   CASE CALLED.  COUNSEL FOR ALL SIDES PRESENT.

<u>  X  </u>   CONFERENCE HELD.

<u>     </u>   CASE ADJOURNED TO  / /201  AT  :   M FOR STATUS.

<u>  X  </u>   MOTION TO BE FILED BY <u>12/22/2011</u>;
            RESPONSE BY <u>1/23/2012</u>;
            REPLY BY <u>2/ 6/2012</u>.

<u>  X  </u>   OTHER: DEFENSE COUNSEL TO ADVISE THE COURT BY 12/5/2011
            RE: FILING A MOTION FOR FEES AND EXPENSES.