UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT I. TOUSSIE

   Plaintiff,

     -against-

COUNTY OF SUFFOLK.,

   Defendant.

07 CV 04196 (JS) (ARL)

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED by plaintiff and defendant, by their respective undersigned attorneys, pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), that the above-entitled action, inclusive of all claims and counterclaims be, and the same hereby is, dismissed with prejudice.

Dated: January 24, 2012

CHADBOURNE & PARKE LLP

By: _____
Scott S. Balber
A Member of the Firm
Attorneys for Plaintiff
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100

SUFFOLK COUNTY ATTORNEY'S OFFICE

By: _____
Chris P. Termini
Attorneys for Defendant
Office of the Suffolk County Attorney
H. Lee Dennison Building
P.O. Box 6100
100 Veterans Memorial Highway
Hauppauge, NY 11788-0099
(631) 853-8312

The Clerk of the Court is directed to terminate the motion at DE 35 and mark this matter closed.

SO ORDERED:

/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: 1-25-12
Central Islip, NY